December 5, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00034-CV

EXXON MOBIL GLOBAL SERVICES, Appellant

V.

STATE OFFICE OF ADMINISTRATIVE HEARINGS, AND KENESHIA WASHINGTON IN HER OFFICIAL CAPACITY AS ADMINISTRATIVE LAW JUDGE, Appellees

This cause, an appeal from the judgment in favor of appellees, State Office of Administrative Hearings, and Keneshia Washington in her Official Capacity as Administrative Law Judge, signed January 4, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered December 5, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.